This Form, is of multiple, Forms Conjoined. In which shall serve, as a petition, for a writ of complaint, and also a Writ.

On this honorable day of June 26th, 2025 I'am hereby, sworn in under oath, to tell the Truth, the whole Truth, and nothing but the Truth, so help me GOD.

My name is Brandon Ashley Guidry, political prisoner #553064 and I'am filing this form, of forms, against the Louisiana Department of Corrections, the secretary, of this Department James Leblunt, the Warden, of the Louisiana State Penitentiary, Daryl Vannoy, and three security officers also, of the Louisiana State Penitentiary, that is known as Angola, and additionally, the department of Human Health and Resources.

The names of these officers are Capt. Ms. Irvin, Msgt. Ms. Dixon, and also Sgt. Gains. Additionally, there are two more B35,*39 inmate employees, of whom, their full government names, I'am unaware at this moment.

One B35,*39 bares a first name, that I know to be Mervin. The second, B35,*39 goes by the nickname of Blue. I can for a fact, identify the faces of these two individuals. They both work on cases, for other inmates.(The reverse way, doing all that, they can to help most of them stay). In exchange for a time cut, or an early release. This operation, is their final one (including all names, I have filed). In regards o complaint. This is Lawlessness.

Sgt. Gains, is assigned to the day shift, at the location of Camp-C, Jaguar-3 Unit. (In, which he was a part of a P.R.E.A that involved. Sgt Carridione, or Sgt. Carradine, and also Sgt. Bean, or Sgt. Beam). I filed this PREA.
This is obstruction of Justice, (Where as the Legal programs Department of the Louisiana State Penitentiary, Angola. Has been the obstructionist). How, is it possible? that, there is no disciplinary action being taken, against the staff, I have filed on. These same security officers, return to work the very next day (Regardless of the severity of the matter. There are no investigations held. Most, actions are motivated by their superiors-

in which whom, I have addressed above, (then secondly their homo-sexual desires). It is so difficult to determine whether these officers are of homosexual character.

I, as an illegal inmate (whom, is truly a political prisoner of the Department of Corrections of Louisiana State penitentiary) am being violated of my rights to due process, with prejudice in many instances. The state of Louisiana acts as though, they uphold no regard; with all due respect, on thee behalf of The Bill of Rights.

They, as in gouerment officials, or staff, deliberatly violate the 14 ammendments, in which are constitutional. (The darkness could'nt comprehend the Light). They do not understand their job descriptions; inevitably allowing what the Federal gouerment, sought out, for to be conduct; deteriorate with in a matter of time.

In Light, to all of the complaints that I have previously filed. The question is whom, would allow all of those I've accussed, the opportunity to further their actions (while previledged to still work around their complaintant?)

At all odds of retaliation; under the supervision of those supposedly in charge: Sgt. Gains approached me on June 26th, 2025 as I attended to evening yard service, in a manour of verbal assault, and harrassment.

Please NOTE: that Sgt. Gains dispute, was on thee behalf, of me wearing shorts, as I attended this service. I was then given orders, to put my jumpsuit back on. My reply, to his orders were "Where is it, a rule, in the rulebook, Where as to no shorts, should be worn, during my individual yard time, while placed on + Restrictive Housing?"

His response was "I don't want to hear that, are you going to follow my orders, or what?" initially, I refused, because I know the rules and regulations, and also D.O.C policy. Sgt Gains then left (to seek reinforcement from his superior). Soon after he returned, with Lt., or Capt. Turner, along with another officer, but his name I cannot recall.

Upon arrival, Lt., or Capt. Turner gave me instructions, to come to the gate, of the pin I was segregated. So that I may be restrained, I then asked what was the problem? His response was "I'm taking your yard time from you", "for the refusal, to put back on your jumpsuit". Please NOTE: (that I had already, put my jumpsuit back on, before he ever arrived).

As I attempted to reason with Sgt. Gains (as in regards to D.O.C policy, Rules and Regulations), He only grew more hostil and beligerent, as we exchanged words. I was then later extracted from the yard pin, (in which I was formerly placed by Sgt. Gains) with the assistance of his Superior Lt. and/or Capt. Turner, along side of one other, in which, whose name I cant recall.

Upon entering Jaguar-3 unit, camp-c of the Louisiana State Penitentiary also Known as Angola. (At approximatly 12:45 through 1:45), while I was in handcuffs, sgt. Gains physically Assaulted me. Due to his frustration in regards to my prior complaints, his attitude was of determination to retaliate. Sgt. Gains begin to push and shove me, in a cowardly fashion (being as though I was already restrained). This all occurred, with+in between the the main entrance door of this unit.
Besides the fact of me being restrained, and posing as of no thret; what rule are regulation might there be, with+in the policy of the Louisiana Department of Corrections, where as physical force shall be used to gain control of a verbal confrontation?

This entire situation (in concerns to staff) is corrupted, as of their behavior being-unconstitutional. In the same nature of my previous complaints, of this complaint I wish, and request to file and press additional state and federal charges.

This is to be filed in "forma pauperis" pursuiant to 28 U.S.C. § 1915(e)(2)(B). with all due respects to 28 U.S.C. § 1915A(b). and also 28 U.S.C. § 1915A(a).

In regards to Sgt. Gains, I Brandon.Ashley Guidry (hostage inmate number #553064) request that, a physical assault charge be filed and pressed against him individually. In addition, I request for a restraining order to be filed, against all of thee accused, for the safety and general protection of my well being. This restraining order against thee above defendants, I request to be filed in forma pauperis (due to me momentaraly being indigent). 28 U.S.C. § 1915(e)(2)(B).

In the same form of fashion, (as I requested above) I also wish to file an "equal protection" claim. Against the Louisiana Department of Corrections, in their official capacity, the secretary of this department James Leblunt, in his individual capacity, and also, the

Warden, of ~~the~~ ~~Angola, Daryl Vannoy in his individual capacity,~~ and additionally the Department of Human Health and Resources ~~in there official capacity~~. In addition please note:(This is my second civil action lawsuit ~~in preparation~~ against the same defendants of whom, I have mentioned, then addressed above).

The first Civil action suit is of -Unsanitary Practice- in it's entirety. Material Dirt, Physical Bodily Dirt, Filty behavior, then also Physcological Pullution.(This has been postponed).

This second claim, is of-Equal Protection- at it's entirety (Retaliation, Falsified Documentations, Mail Fraud, obstruction of Justice), then also, there is of now, 1+ count of -Physical Assault-, in which derived on the account of sgt.Gains Physical -Misconduct-, -Aggrevated Malfeasance-, with an urgency to attempt retaliation. (This claim, is now the first, in suit. Please[Note] this is for a fact!"Racketeering activity" also[Note] then allow, for the future evidence of the courts, (that all records reflect, every grievance, A.R.P., Affidavit of Complaint, Writ, Motion, Legal document, etc). I requested ~~they~~ be attached, to these Civil action lawsuits, through-out the course of these continuing investigations.

Furthermore, my burden of proof, as in regards to the ones, who are accused, is in the Power⁺ of the -Truth!- in my word. In comparison to the credibility of the witness, witnesses, or thee individuals, or individual defendant at hand.

For ~~instaince~~ instance, through-out all of thee complaints in which I have filed,(There are approximate times and date's, where as), D.O.C headquarters captured these moments transpiring, by way of the D.O.C surveillance footage, (which can not be erased, removed, or deleted). It is an impossible task, to attempt to obstuct Justice, while committing Obstruction of Justice, in effort's to conceal criminal matters, by way of deleting, or assuming you've cleared the "Cache" of any computer drive, or hard drive, of incriminating information, that can be held against you, in a court of law.

The fact of the matter is a deffinite! (as in concerns to any goverment agency). The C.I.A, then also the federal bureau of investigation, maintains possesion of the worlds smartest super computers. This hard drive, holds this history of all other smaller hard drives, (including the information in which you assume, you successfully cleared and/or deleted). This is a method of which, the C.I.A and also the feds crackdown on cyber crime.

In the Conclusion of this complaint, (and claim of equal protection). I Brandon Ashley Guidry #553064-with all due respect to forma pauperis, would also like to request that this affidavit be filed, then submitted to the United States Dist. Court, Clerk's office: Russell B. Long Fed. Bldg. and Court House 777 Florida Street Suite 139, Baton Rouge, La. 70801-1712 pursuiant to Art. 930.7. Right to Counsel. Acts 1990, No. 523, § 1 of the Louisiana Code of Criminal Procedure > LexisNexis® Louisiana Annotated Statutes Copyright © 2021 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved.

The only remedy I seek is that, the Legal Programs Department of Angola, Louisiana State penitentiary, saintfranciousville parish, those of whom should be in the light of the law), file and submit this affidavit to the court, in which I have addressed above. Due to the fact of me currently being indigent, I also request that this complaint be filed, with all due respect to Art. 930.7. Right to Counsel. Acts 1990, No. 523, § 1. Brandon A. Guidry #553064, Brandon A. Guidry #553064

Brandon Ashley Guidry #553064
Louisiana State Penitentiary
Angola, La, 70712-9813
Saintfranciousuille, Tunica Trace

United States
Clerks office
Russell B. Long
Court house
777 Florida St
139 Baton Rou
1712

U.S. MARSHAL



NOT CENSORED
Not Responsible For Contents
La. State Penitentiary
AUG 13 2025
LA. STATE PEN.
AN ALL MALE PENAL INSTITUTE